FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2026-0422
_____

ELIZABETH HALL,

  Appellant,

v.

DISTINCTIVE HEALTHCARE, LLC,

  Appellee.

_____

On appeal from the Florida Commission on Human Relations.
Chad Bayse, Chair.

July 17, 2026

PER CURIAM.

  AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Elizabeth Hall, pro se, Appellant.

Brian J. Moran and Brian P. Moran of Moran Kidd Lyons Johnson Garcia, P.A., Orlando, for Appellee.